```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLIFFORD GOODING,                          :
                                           :
                          Plaintiff,       :
                                           :      09 Civ. 5444 (RMB)
            - against -                    :
                                           :      ORDER
THE LONG ISLAND RAILROAD COMPANY,          :
                                           :
                          Defendant.       :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09

The Order of the Court, dated October 1, 2009, is vacated and the action is restored to the calendar of the undersigned, as is the conference scheduled for October 21, 2009.

**SO ORDERED**.

Dated: New York, New York
       October 7, 2009

_____
Richard M. Berman, U.S.D.J.